254 So.2d 619

**Victor M. HOLGUIN et al.**

**v.**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.**

**No. 51887.**

Dec. 2, 1971.

In re: Victor M. Holguin, individually and as Natural Tutor of his minor son, David Holguin applying for Certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 253 So. 2d 228.

Writ refused. On the facts found by the Court of Appeal, the result is correct.